TIONNA DOLIN (SBN: 299010)
tdolin@slpattorney.com
ARIEL S. HARMAN-HOLMES (SBN 315234)
aharman-Holmes@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone.: (310) 929-4900
Facsimile: (310) 943-3838
Attorneys for Plaintiff,
TARAZEESHE WILLIAMS

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
JAMES P. MAYO (SBN: 169897)
jmayo@grsm.com
RESHMA A. BAJAJ (SBN: 227106)
rbajaj@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3193
Facsimile: (415) 986-8054

Attorneys for Defendant
FCA US LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARAZEESHE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive, et al,<br><br>　　　　Defendants. | Case No. 2:22-cv-00775-JAM-DB<br><br>Judge John A. Mendez<br><br>Magistrate Judge Deborah Barnes<br><br>**ORDER GRANTING AMENDED STIPULATION TO CONTINUE TRIAL DATE AND RELATED DEADLINES**<br><br>Complaint Filed:  May 9, 2022<br>Trial Date:           January 29, 2024 |

ORDER GRANTING AMENDED STIPULATION TO CONTINUE TRIAL
DATE AND RELATED DEADLINES

# ORDER

The Court, having considered the Stipulation to Continue the Trial Date and Related Deadlines, filed by the Parties, and upon finding that good cause exists, hereby ORDERS as follows:

1. The Stipulation to Continue Pretrial Conference and Trial and all related deadlines, including motions, and requests therein is **GRANTED**.
2. Initial Expert Disclosure is continued to **August 21, 2023**.
3. Rebuttal Expert Disclosure is continued to **September 18, 2023**.
4. Discovery Cut-Off is continued to **October 27, 2023**.
5. Last Day to File Dispositive Motions is continued to **January 12, 2024**.
6. Last Day to Hear Motions is continued to **March 26, 2024, 1:30 PM**.
7. Final Pretrial Conference is continued to **May 24, 2024, at 10:00 AM**.
8. Jury Trial is continued to **July 8, 2024, at 9:00 AM**.
9. Counsel shall contact Judge Mendez' courtroom deputy, M York, via e-mail at myork@caed.uscourts.gov, prior to filing a stipulation and proposed order to continue the dates set forth in this order.

IT IS SO ORDERED.

Dated: April 17, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE