# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

TARAZEESHE WILLIAMS,

    Plaintiff,

v.

FCA US LLC,

    Defendant.

Case No. 2:22-cv-00775-JAM-DB

**ORDER GRANTING STIPULATION FOR ORDER TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION (ECF No. 23)**

On June 10, 2024, both Parties filed a Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Stipulation and finding good cause therefore, hereby ORDERS as follows:

1. The Joint Stipulation is **GRANTED**;
2. The Court **CONTINUES** the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from June 10, 2024 to **August 12, 2024**; and
3. The Court **RETAINS** Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated: June 11, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE